

# Fourth Court of Appeals
## San Antonio, Texas

September 12, 2018

No. 04-18-00347-CV

John Richard **ALEMAN**,
Appellant

v.

**URBAN CONCRETE CONTRACTORS, LTD**.,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI00339
Honorable Norma Gonzales, Judge Presiding

## O R D E R

Appellants' second motion for extension of time to file their brief is GRANTED. Appellants' brief is due on **September 21, 2018.**

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of September, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court